**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTOR RODIONOV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   26-3078** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 6) of our May 14, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**